UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-50102 |
| Plaintiff, | SUPERSEDING INFORMATION |
| vs. | Enticement of Minors Using the Internet |
| FRANCIS JAMES KISTLER, | (18 U.S.C. § 2422(b)) |
| Defendant. | |

The Assistant United States Attorney charges and informs the Court:

On or about between January 1, 2019, and July 17, 2019, in the District of South Dakota, the defendant, Francis James Kistler, did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce an individual who had not yet attained 18 years of age, namely, S.B. and L.S., to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, Sexual Exploitation of Minors in violation of 18 U.S.C. §§ 2251(a) and (e), all in violation of 18 U.S.C. § 2422(b).

SARAH B. COLLINS
Senior Litigation Counsel
515 9th Street, Suite 201
Rapid City, SD 57701
Telephone: (605) 342-7822
E-mail: Sarah.B.Collins@usdoj.gov